SPHERE DRAKE INSURANCE PLC, Phoenix Assurance PLC, Insurance Company of North America (UK) Ltd., Commercial Union Assurance Company PLC, Gan Insurance Company Ltd., Indemnity Marine Assurance Co., Ltd., Zurich Re (UK) Ltd., Ocean Marine Insurance Co., Ltd, The Threadneedle Insurance Company Ltd., Assicurazioni Generali S.P.A., Wurttembergische Versicherung AG, Compagnie D'Assurances Maritimes Aeriennes et Terrestres/Assurances Generales Francaises IART, Cornhill Insurance PLC, Skandia Marine Insurance Company (UK) Ltd. and Terra Nova Insurance Company Ltd., Plaintiffs–Appellees,

v.

J. SHREE CORPORATION, Defendant–Appellant.

Docket No. 02–7456.

United States Court of Appeals, Second Circuit.

Dec. 20, 2002.

Rehearing En Banc denied Feb. 19, 2003.

Stanley McDermott III, Piper Rudnick LLP, New York, NY, for Appellant.

John R. Foster, Waesche, Sheinbaum & O'Reagan, P.C., New York, NY, for Appellees.

Present CABRANES, POOLER and KATZMANN, Circuit Judges.

## SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is **AFFIRMED**.

Having reviewed all of the Appellants' contentions on this appeal, we find that the District Court committed no clear error in its findings of fact, nor did the District Court err in applying the English law "balance of probabilities" test to the plaintiffs' claim and defendant's counterclaim instead of the heightened fraud standard. Therefore, the judgment of the District Court is **AFFIRMED** for substantially the reasons stated in its Opinion and Order, *Sphere Drake Insurance PLC et al. v. J. Shree Corp.*, No. 98 Civ. 5753, 2002 WL 484850 (S.D.N.Y. March 29, 2002).